UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ALFONSO SIRA-HURTADO,<br><br>Petitioner(s),<br>v.<br><br>CAMMILLA WAMSLEY, et al.,<br><br>Respondent(s). | CASE NO. C25-2173-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE, WITHDRAWAL OF MOTION, AND WITHDRAWAL OF MAGISTRATE JUDGE REFERRAL |

The Court has considered the parties' stipulated motion proposing a briefing schedule on Petitioner's habeas petition (Dkt. No. 1) and requesting withdrawal of both the pending request for expedited briefing (Dkt. No. 2) and the case referral to a magistrate judge. Dkt. No. 5 at 2. The parties further agree that Federal Respondents will not remove Petitioner from the United States or transfer him to another facility during the pendency of this habeas proceeding. *Id.*

The Court GRANTS the parties' stipulated motion. It is ORDERED that the parties shall submit briefing on the pending habeas petition (Dkt. No. 1) pursuant to the following schedule:

- Respondents' Return Memorandum is due by November 17, 2025.
- Petitioner's Traverse and Response is due by November 21, 2025.
- The Petition (Dkt. No. 1) will be noted for November 21, 2025.

Petitioner's previous request for expedited briefing (Dkt. No. 2) and the referral to the Honorable Theresa L. Fricke are withdrawn. Federal Respondents shall not remove Petitioner from the United States or transfer him to any other facility during the pendency of this habeas proceeding.

Dated this 4th day of November, 2025.

Kymberly K. Evanson
United States District Judge