# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ALFONSO SIRA-HURTADO,<br><br>                     Plaintiff(s),<br>   v.<br><br>LAURA HERMOSILLO, et al.,<br><br>                     Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-2173-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS Petitioner's petition for a writ of habeas corpus. Dkt. No. 1. The Court ORDERS that Petitioner shall be released from detention immediately and may not be re-detained until after a hearing with adequate notice to determine whether detention is appropriate.

Dated November 26, 2025.

                                                Ravi Subramanian
                                                Clerk of Court

                                                */s/ Alejandro Pasaye Hernandez*
                                                Deputy Clerk